IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CASE NO. |
| : | |
| **SCOTT ALAN O'BRIEN** : | |
| : | VIOLATIONS: |
| Defendant. : | 40 U.S.C. § 5104(e)(2)(D) |
| : | (Disorderly Conduct in a Capitol Building |
| : | or Grounds) |
| : | 40 U.S.C. § 5104(e)(2)(G) |
| : | (Parading, Demonstrating, or Picketing in |
| : | a Capitol Building) |

## INFORMATION

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **SCOTT ALAN O'BRIEN** willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building or Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

### COUNT TWO

On or about January 6, 2021, in the District of Columbia, **SCOTT ALAN O'BRIEN** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol

Building.

    (**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                    United States Attorney
                                    D.C. Bar No. 481052

By:     */s/ Jason Manning*
                    Jason M. Manning
                    N.Y. Bar No. 4578068
                    Assistant United States Attorney
                    District of Columbia
                    601 D Street, N.W.
                    Washington, DC 20530